IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD HUNTER | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-1431 |
| | : | |
| CELLCO PARTNERSHIP, INC., | : | |
| doing business as Verizon Wireless | : | |

# O R D E R

**AND NOW,** this 11th day of June, 2019, it is **ORDERED** that:

1. The defendant's motion to dismiss Count I, II and III of the Complaint to the extent these counts seek recovery of severance benefits [Doc. 2] is **GRANTED**.
2. Counts I, II and III seeking severance benefits are **DISMISSED** with prejudice.
3. Since the parties have already consented to arbitrate Plaintiff's claims in Counts I, II and III for long-term incentive awards [ECF 11], those claims are also **DISMISSED** with prejudice.
4. The Clerk is **DIRECTED** to mark this case terminated.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.